846

No. 95–9246. SEDDENS *v.* JONES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 95–9247. SIERS *v.* BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–9248. SCOTT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–9249. PERRY *v.* MILLER ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–9250. CAMILO MONTOYA *v.* STOCK, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 95–9251. MOSBY *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–9252. MESSICK *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–9254. MITCHELL *v.* SIMONET ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–9255. YURTIS, AKA COAN *v.* JONES ET UX. Ct. App. Wash. Certiorari denied.

No. 95–9256. KREHNBRINK ET UX. *v.* MARYLAND DEPARTMENT OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–9257. KINSEY *v.* CLENNEY. Ct. Civ. App. Ala. Certiorari denied.

No. 95–9258. ARROYO JUSINO *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 95–9259. MORERA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9260. ARTEAGA *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 95–9262. ADESANYA *v.* PRUNTY, WARDEN. C. A. 9th Cir. Certiorari denied.